UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES POSTAL SERVICE,

        Plaintiff,

vs.                                            Case No. 8:10-CV-1682-T-27TBM

POST OFFICE ASSOCIATES, L.L.L.P.,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 13) recommending that Plaintiff's Motion for Judgment on the Pleadings (Dkt. 30) be denied and Defendant be granted leave to amend its Counterclaim for reformation. Neither party has filed objections and the time for doing so has elapsed. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 13) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Judgment on the Pleadings (Dkt. 30) is **DENIED**.

3) Plaintiff shall file an amended counterclaim within **twenty (20) days** of the date of this Order that complies with Rules 8(a), 9(b), and 11(b) of the Federal Rules of Civil Procedure. Failure to comply will result in dismissal of Count I of Defendant's Counterclaim with prejudice.

**DONE AND ORDERED** in chambers this 10th day of May, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record